No. 16,381
First Circuit

## ROVIRA v. MARTEL

(June 28, 1927. Opinion and Decree.)
(October 6, 1927. Rehearing Refused)

(*Syllabus by the Editor*)

(See companion case of Rovira vs. J. Sully Martel on page 240.)

Appeal from the Parish of St. Mary. Hon. James E. Simon, Judge.

Action by Edwin J. Rovira against J. Sully Martel.

There was judgment for plaintiff and defendant appealed.

Judgment reversed.

Borah, Himel, Bloch & Borah, of Franklin, attorneys for plaintiff, appellee.

Donelson Caffery, of New Orleans, and J. Sully Martel, of Franklin, attorneys for defendant, appellant.

MOUTON, J. In this case, for the reasons assigned in the companion case decided this date, it is ordered, adjudged and decreed that the judgment appealed from be avoided and reversed and that it be dismissed at plaintiff's cost as in case of non-suit.